UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:03CR752-SNL |
| ) | |
| DANIEL INMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's motion for return of seized property is before the Court.

The government has responded that defendant is entitled to have returned to him any non-contraband property in possession of the police. The government requested 30 days time in which to obtain the material and return it. There has been no further response.

**IT IS THEREFORE ORDERED** that the government, within 14 days of the date of this order, shall inform the Court of the progress made in locating the property and returning it to the defendant.

Dated this   27th   day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE