UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | No. 4:03CR752-SNL |
| DANIEL INMAN, | ) |  |
| Defendant. | ) |  |

## ORDER

On June 27, 2005 the Court ordered the government to respond to defendant's motion for return of seized property. The response was filed July 11, 2005.

In the response, the Assistant United States Attorney handling the case reported that the DEA Agent handling the case never had custody of any non-drug evidence. He also indicated he has made every effort to locate the property involved, but has been unable to do so. Absent further evidence, it appears to the Court that the property requested is not in the possession of any government agency or representative thereof.

**IT IS THEREFORE ORDERED** that the motion of the defendant for return of seized property is **DENIED** as moot.

Dated this ___13th___ day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE